UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WAYNE MORUZIN,                         )<br>                                                          )<br>                    Petitioner,          )<br>      vs.                                           )           2:12-cv-114-JMS-WGH<br>                                                          )<br>WARDEN, FEDERAL CORRECTIONAL  )<br>   COMPLEX,                                   )<br>                                                          )<br>                    Respondent.         ) | |

**Entry Directing Further Proceedings**

**I.**

It has been determined in No. 2:12-cv-19-WTL-DKL that the petitioner asserts a claim challenging the duration of his confinement. That claim was therefore severed from his civil rights complaint and has been docketed as shown above.

This court may entertain a petition for a writ of habeas corpus Aon behalf of a person in custody pursuant to the judgment of a State only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States.@ 28 U.S.C. 2254(a); *Rose v. Hodges*, 423 U.S. 19, 21 (1975).

The information Mr. Moruzin has provided, however, is inadequate to support either a coherent understanding of the basis for his challenge to his confinement or a reasonable conclusion that he could be entitled to relief.

**II.**

In view of the foregoing, petitioner Moruzin shall have **through June 11, 2012,** in which to **file an amended petition for a writ of habeas corpus** which coherently sets forth his claim(s) for relief. He is obligated to do nothing less. *Mayle v. Felix,* 545 U.S. 644, 661 (2005) (AHabeas Corpus Rule 2(c) . . . instructs petitioners to ≳specify all available grounds for relief= and to ≳state the facts supporting each ground.=@). By Aclaims@ as used in this setting are meant the recognized principles of

**law which, as applied to the facts and circumstances of the computation of the petitioner's sentence, show that computation to be incorrect and violative of the petitioner's rights.**

      **IT IS SO ORDERED.**

Date: 07/18/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Wayne J. Moruzin**
**40989-050**
**United States Penitentiary**
**P.O. Box 33**
**Terre Haute, IN 47808**